Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 AUG 10  AM 11: 40
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIF...

By MTB
DEPUTY

STEPHANIE MALLEN, individually and on behalf of all others similarly situated

vs

ALPHATEC HOLDINGS, INC., DIRK KUYPER, PETER C. WULFF, MORTIMER BERKOWITZ, III, HEALTHPOINT CAPITAL PARTNERS, LLP, and HEALTHPOINT CAPITAL PARTNERS II, LLP

**SUMMONS IN A CIVIL ACTION**

Case No. '10 CV 1673 BEN   JMA

TO: (Name and Address of Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David N. Lake, Esq., Law Offices of David N. Lake, APC, 16130 Ventura Boulevard, Suite 650, Encino, CA 91436

An answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

10 AUG 2010
DATE

By M. BROWN, Deputy Clerk

(SEAL)

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)