Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
E-mail:  info@glancylaw.com

*Proposed Liaison Counsel*
*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MALLEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., DIRK KUYPER, PETER C. WULFF, MORTIMER BERKOWITZ, III, HEALTHPOINT CAPITAL PARTNERS, LLP, and HEALTHPOINT CAPITAL PARTNERS II, LLP,<br><br>Defendants. | No.  3:10-CV-1673-BEN-JMA<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION OF THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**<br><br>Hon. Roger T. Benitez<br>Date:  November 29, 2010<br>Time:  10:30 a.m.<br>Ctrm:  3 |

COHEN, MILSTEIN, SELLERS & TOLL P.L.L.C.
ATTORNEYS AT LAW

NO. 3:10-CV-1673 NOTICE OF MOTION AND MOTION OF THE FRESNO CO. EMPL. RET. ASS'N FOR APPT.  AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1  TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

2    PLEASE TAKE NOTICE that on November 29, 2010, at 10:30 a.m. or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Roger T. Benitez, situated at the Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, California 92101-8900, class member Fresno County Employees' Retirement Association ("FCERA") will move, and hereby does move, this Court for an order (1) appointing it as lead plaintiff in the above-captioned action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1 and 15 U.S.C. § 78u-4, *et seq.*; and (2) approving its selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as lead counsel for the class and Glancy Binkow & Goldberg LLP ("Glancy Binkow") as liaison counsel.

 This motion is made on the grounds that FCERA timely filed this motion and is the most adequate plaintiff.  FCERA has the most substantial financial interest in the relief sought by the class, and meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of the claims of the class and it will fairly and adequately represent the interests of the class.  In addition, FCERA has selected and retained Cohen Milstein, a law firm which has substantial experience in prosecuting securities class actions, to represent it.

 This motion is based on this notice of motion, the attached memorandum of points and authorities, the declaration of Lionel Glancy in support thereof, the pleadings and other files and records in the Action and such other written or oral argument as may be presented to the Court.[1]

---

[1] This motion is filed pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. These sections provide that, within 60 days after publication of the required notice, any member or members of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action.  Consequently, counsel for Movant has no way of knowing who the competing lead plaintiff candidates are at this time.  As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in L.R.

| | |
|---|---|
| Dated: October 12, 2010 | Respectfully submitted, |
| | **GLANCY BINKOW & GOLDBERG LLP** |
| | /s/ Lionel Z. Glancy<br>Michael Goldberg<br>Lionel Z. Glancy<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, California 90067<br>Tel.: (310) 201-9150<br>Fax: (310) 201-9160 |
| | *Proposed Liaison Counsel* |
| | Steven J. Toll<br>Daniel S. Sommers<br>Julie Goldsmith Reiser<br>**COHEN MILSTEIN SELLERS**<br>   **& TOLL PLC**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>Tel.: (202) 408-4600<br>Fax: (202) 408-4699 |
| | *Attorneys for the Fresno County Employees' Retirement Association and Proposed Lead Counsel* |

7-3 and respectfully requests that the conference requirement of L.R. 7-3 be waived.

NO. 3:10-CV-1673 NOTICE OF MOTION AND MOTION OF THE FRESNO CO. EMPL. RET. ASS'N FOR APPT. AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL   - 2 -

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW

**PROOF OF SERVICE BY ELECTRONIC POSTING
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 12, 2010, I caused to be served the following documents on each ECF-registered party listed on the attached service list in the Action by posting such documents electronically to the ECF website of the United States District Court for the Southern District of California:

**NOTICE OF MOTION AND MOTION OF THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

and upon all others not so-registered:

See Attached Service list.

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2010, at Los Angeles, California.

*s/Lionel Z. Glancy*
Lionel Z. Glancy

# Mailing Information for a Case 3:10-cv-01673-BEN -JMA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Nathan Lake**
  david@lakelawpc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

**SERVICE LIST (CONTINUED)**

**PARTIES RECEIVING NOTICE VIA U.S. MAIL**

**(NOT ON COURT'S ECF SYSTEM)**

Mail service is made on the last known address or believed-to-be current address of the following parties:

**FOR DEFENDANTS**

Alphatec Holdings, Inc.
5818 El Camino Real
Carlsbad, CA 92008

*For Alphatec Holdings, Inc., Dirk Kuyper & Mortimer Berkowitz, III*

Healthpoint Capital Partners, LLP
505 park Avenue
12th Floor
New York, NY 10022

*For Healthpoint Capital Partners, LLP & Healthpoint Capital Partners II, LLP*