Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
E-mail:  info@glancylaw.com

*Proposed Liaison Counsel*
*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MALLEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., DIRK KUYPER, PETER C. WULFF, MORTIMER BERKOWITZ, III, HEALTHPOINT CAPITAL PARTNERS, LLP, and HEALTHPOINT CAPITAL PARTNERS II, LLP,<br><br>Defendants. | No.  3:10-CV-1673-BEN-JMA<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF NON-OPPOSITION TO MOTION OF THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**<br><br>Hon. Roger T. Benitez<br>Date:  November 29, 2010<br>Time:  10:30 a.m.<br>Ctrm:  3 |

NO. 3:10-CV-1673 NOTICE OF NON-OPPOSITION TO MOTION OF THE FRESNO CO. EMPL. RET. ASS'N FOR APPT.  AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

Lead Plaintiff Movant Fresno County Employees' Retirement Association ("FCERA" or "Movant") hereby informs the Court that no competing motion for appointment of lead plaintiff or lead counsel has been timely or otherwise filed and, accordingly, FCERA's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), Dkt. No. 5, is unopposed.

As detailed in FCERA's October 12, 2010 memorandum in support of its Motion, FCERA, which has suffered losses of $406,204.20 as a result of its purchases of the common stock of Alphatec Holdings, Inc. during the Class Period, clearly has the largest financial interest in the relief sought by the Class in the above-captioned action. Additionally, FCERA otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.

Accordingly, FCERA should be appointed Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B). Additionally, FCERA's choice of counsel, Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Glancy Binkow & Goldberg LLP ("Glancy Binkow"), who are fully qualified to serve as Lead Counsel and Liaison Counsel, respectively, as demonstrated in the Motion, should be appointed as such. 15 U.S.C. § 78u-4(a)(3)(B)(v).

Therefore, FCERA respectfully requests that the Court grant its motion without further briefing or argument and (i) appoint it as Lead Plaintiff; and (ii) approve its selection of the law firms of Cohen Milstein to serve as Lead Counsel and Glancy Binkow to serve as Liaison Counsel.

Dated: November 9, 2010                Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

/s/ Lionel Z. Glancy
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311

1 | Los Angeles, California 90067
Tel.: (310) 201-9150
2 | Fax: (310) 201-9160

3 | *Proposed Liaison Counsel*

4 | Steven J. Toll
Julie Goldsmith Reiser
5 | S. Douglas Bunch
**COHEN MILSTEIN SELLERS**
6 | **& TOLL PLC**
1100 New York Avenue, N.W.
7 | Suite 500, West Tower
Washington, D.C. 20005
8 | Tel.: (202) 408-4600
Fax: (202) 408-4699

9 |

10 | *Attorneys for the Fresno County Employees' Retirement Association and Proposed Lead Counsel*

**PROOF OF SERVICE BY ELECTRONIC POSTING
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 9, 2010, I caused to be served the following document on each ECF-registered party listed on the attached service list in the Action by posting such documents electronically to the ECF website of the United States District Court for the Southern District of California:

**NOTICE OF NON-OPPOSITION TO MOTION OF THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

and upon all others not so-registered:

See Attached Service list.

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2010, at Los Angeles, California.

*s/Lionel Z. Glancy*
Lionel Z. Glancy

# Mailing Information for a Case 3:10-cv-01673-BEN -JMA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **David Nathan Lake**
  david@lakelawpc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

**SERVICE LIST (CONTINUED)**

**PARTIES RECEIVING NOTICE VIA U.S. MAIL**

**(NOT ON COURT'S ECF SYSTEM)**

Mail service is made on the last known address or believed-to-be current address of the following parties:

**FOR DEFENDANTS**

Alphatec Holdings, Inc.
5818 El Camino Real
Carlsbad, CA 92008

*For Alphatec Holdings, Inc., Dirk Kuyper, Peter C. Wulff & Mortimer Berkowitz, III*

Healthpoint Capital Partners, LLP
505 park Avenue
12th Floor
New York, NY 10022

*For Healthpoint Capital Partners, LLP & Healthpoint Capital Partners II, LLP*