Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Proposed Liaison Counsel for the Class*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MALLEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., DIRK KUYPER, PETER C. WULFF, MORTIMER BERKOWITZ, III, HEALTHPOINT CAPITAL PARTNERS, LLP, and HEALTHPOINT CAPITAL PARTNERS II, LLP,<br><br>Defendants. | No. 3:10-CV-1673-BEN-JMA<br><br><u>CLASS ACTION</u><br><br>**JOINT MOTION FOR SCHEDULING ORDER** |

On August 10, 2010, Plaintiff Stephanie Mallen, individually and on behalf of all others similarly situated, filed a class action complaint for violations of federal securities laws captioned *Mallen v. Alphatec Holdings, Inc., et al.*, No. 3:10-CV-1673-BEN-JMA. Defendants are Alphatec Holdings, Inc., Dirk Kuyper, Peter C. Wulff, Mortimer Berkowitz, III, Healthpoint Capital Partners, LLP, and Healthpoint Capital Partners II, LLP.

The undersigned parties **HEREBY STIPULATE AND AGREE**, and jointly file this motion pursuant to Local Civil Rule 7.2 for an order stating that:

1. Defendants are not required to respond to Plaintiff's initial complaint;

2. The court-appointed Lead Plaintiff shall file and serve its amended complaint within sixty (60) days after entry of an order appointing Lead Plaintiff and Lead Counsel;

3. The time for Defendants to answer, move, or otherwise plead with respect to the amended complaint shall be as follows:

   (a) Defendants shall answer, move against, or otherwise respond to the amended complaint within sixty (60) days after service;

   (b) Lead Plaintiff shall have sixty (60) days thereafter to oppose any dispositive motion that may be filed by Defendants; and

   (c) Defendants shall have thirty (30) days after the filing of Lead Plaintiff's opposition papers to file their reply brief.

Dated:  December 8, 2010

Respectfully submitted,

| **LAW OFFICES OF DAVID N. LAKE, APC** | **LATHAM & WATKINS LLP** |
|---|---|
| /s/ David N. Lake<br>David N. Lake<br>16130 Ventura Boulevard<br>Suite 650<br>Encino, California 91436<br>Tel.: (818) 788-5100<br>Fax: (818) 788-5199<br><br>*Attorneys for Plaintiff Stephanie Mallen* | /s/ Colleen C. Smith<br>Colleen C. Smith<br>600 West Broadway<br>Suite 1800<br>San Diego, California<br>Tel.: (619) 238-2950<br>Fax: (619) 696-7419<br><br>*Attorneys for Alphatec Holdings, Inc., Dirk Kuyper, and Peter C. Wulff* |
| **GLANCY BINKOW & GOLDBERG LLP** | **WILSON SONSINI GOODRICH & ROSATI** |
| /s/ Lionel Z. Glancy<br>Michael Goldberg<br>Lionel Z. Glancy<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, California  90067<br>Tel.:  (310) 201-9150<br>Fax:  (310) 201-9160<br><br>*Proposed Liaison Counsel for the Class* | /s/ Joni L. Ostler<br>Joni L. Ostler<br>650 Page Mill Rd.<br>Palo Alto, California  94304<br>Tel.: (650) 849-3457<br>Fax: (650) 493-6811<br><br>*Attorneys for Mortimer Berkowitz, III, Healthpoint Capital Partners, LLP, and Healthpoint Capital Partners II, LLP* |

**COHEN MILSTEIN SELLERS & TOLL PLC**
Steven J. Toll
Daniel S. Sommers
Julie Goldsmith Reiser
S. Douglas Bunch
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Attorneys for the Fresno County Employees' Retirement Association and Proposed Lead Counsel for the Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 8, 2010, I caused to be served the following documents on each ECF-registered party listed on the attached service list in the Action by posting such documents electronically to the ECF website of the United States District Court for the Southern District of California:

**JOINT MOTION FOR SCHEDULING ORDER**

**ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER**

and upon all others not so-registered:

See Attached Service list.

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2010, at Los Angeles, California.

*s/Lionel Z. Glancy*
Lionel Z. Glancy

# Mailing Information for a Case 3:10-cv-01673-BEN -JMA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **David Nathan Lake**
  david@lakelawpc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Julie G. Reiser
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST (CONTINUED)**

**PARTIES RECEIVING NOTICE VIA U.S. MAIL**

**(NOT ON COURT'S ECF SYSTEM)**

**<u>FOR DEFENDANTS</u>**

Colleen C. Smith
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
Telephone: (619) 238-2590
Facsimile:  (619) 696-7419

*For Alphatec Holdings, Inc., Dirk Kuyper & Peter C. Wulff*

Joni L. Ostler
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*For Healthpoint Capital Partners, LLP, Healthpoint Capital Partners II, LLP & & Mortimer Berkowitz, III*