FILED

11 JAN 19 AM 9:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MALLEN,<br><br>                                  Plaintiff,<br>vs.<br><br>ALPHATEC HOLDING, INC., et al.,<br><br>                                 Defendant. | CASE NO. 10cv1673 BEN (CAB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' JOINT MOTION FOR SCHEDULING ORDER** |

    The parties' joint motion is before the Court. The parties request an order: that Defendants are not required to respond to Plaintiff's initial complaint; that Lead Plaintiff shall file its amended complaint within 60 days of its appointment as lead plaintiff; extending time to respond to the amended complaint to 60 days; and providing a 90-day briefing schedule for any dispositive motion Defendants might file in response to the amended complaint. The Court orders as follows:

- Defendants are not required to respond to Plaintiff's initial complaint.
- Lead Plaintiff shall file and serve its amended complaint within 30 days after entry of an order appointing Lead Plaintiff.
- Defendants shall answer or otherwise respond to the amended complaint within 30 days.
- Briefing on any motion filed in response to the amended complaint shall be in accordance with Civil Local Rule 7.1.

**IT IS SO ORDERED.**

DATED: January 18, 2011

Hon. Roger T. Benitez
United States District Court Judge